UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 24-3006

———————————

UNITED STATES OF AMERICA,                                            Appellee,

    v.

PETER NAVARRO,                                                            Appellant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLEE'S BRIEF

Appellee, the United States of America, respectfully moves this Court for a 30-day extension of time, to and including September 12, 2024, within which to file the government's brief in the above-captioned case. The government's brief currently is due to be filed on August 12, 2024. This is the government's first request for an extension of time to file its brief in this matter. Counsel for appellant Peter Navarro has informed us that he does not oppose this request.

The government's requested extension is necessary because the undersigned counsel, who is assigned to this appeal, has responsibility for other matters with competing deadlines, and will need the requested

additional time to prepare the government's brief and submit it for supervisory review before filing. The government is accordingly requesting an extension of time of 30 days, to and including Thursday, September 12, 2024, to file the government's brief. This is the government's first request for an extension of time to file this responsive brief, and this Court has not yet scheduled oral argument in this case.

## CONCLUSION

WHEREFORE, the government respectfully requests that its unopposed motion for an extension of time within which to file its brief, to and including September 12, 2024, be granted.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

/s/
MARK HOBEL
D.C. BAR #1024162
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
(202) 252-6829
mark.hobel@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 204 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
MARK HOBEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Stanley Woodward, Esq., stanley@brandwoodwardlaw.com, on this 5th day of August, 2024.

/s/
MARK HOBEL
Assistant United States Attorney