## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Appellee, | * |
| v. | *   Case No. 24-3006 |
| PETER K. NAVARRO, | * |
| Appellant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ERRATA**

*Amici curiae* hereby file the attached corrected brief to replace the version filed on 20 September 2024 as part of Dkt. #2076023. For an unexplained reason the version which was filed lacked the proper pagination, which has been added to this corrected version. The undersigned apologizes for the oversight.

Date:  September 23, 2024

                                                  Respectfully submitted,

                                                 /s/ Kelly B. McClanahan
                                                Kelly B. McClanahan, Esq.
                                                D.C. Bar #984704
                                                National Security Counselors
                                                4702 Levada Terrace
                                                Rockville, MD 20853
                                                301-728-5908
                                                240-681-2189 fax
                                                Kel@NationalSecurityLaw.org

                                                *Counsel for* Amici curiae

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 163 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

<u>/s/ Kelly B. McClanahan</u><br>
Kelly B. McClanahan, Esq.