# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3006**  **September Term, 2024**

1:22-cr-00200-APM-1

**Filed On: September 24, 2024** [2076459]

United States of America,

    Appellee

  v.

Peter K. Navarro,

    Appellant

## O R D E R

    Upon consideration of amici curiae's unopposed motion for leave to file brief out of time and to exceed word limits, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged corrected brief of amici curiae.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
            Louis Karl Fisher
            Deputy Clerk