# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3006**  **September Term, 2024**

1:22-cr-00200-APM-1

Filed On: October 4, 2024 [2078407]

United States of America,

    Appellee

  v.

Peter K. Navarro,

    Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief is now due October 17, 2024.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                              BY:    /s/
                                         Scott H. Atchue
                                         Deputy Clerk