

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

December 20, 2024

Mark Langer, Esq.
Clerk
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**Re:**   *United States v. Peter Navarro*, No. 24-3006

Dear Mr. Langer,

In accordance with the Court's Handbook of Practice and Internal Procedures (at page 48), we are writing to advise the Court that the assigned counsel will be unavailable to present oral argument in the above-referenced case on the following dates because of personal travel:

**February 12-19, 2025**

We respectfully request that, if possible, any oral argument in this case be scheduled on a different date so that the assigned counsel, who prepared the government's brief, may be able to participate.

Thank you for your time and attention to this matter. If you have any questions, please contact Assistant United States Attorney Mark Hobel, at 202-815-0855.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

_____/s/_____
MARK HOBEL
Assistant United States Attorney
D.C. Bar # 1024162
mark.hobel@usdoj.gov

cc (via CM/ECF):
Stanley Woodward, Esq.
*Counsel for Appellant*