# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3006**                                    **September Term, 2024**

**1:22-cr-00200-APM-1**

**Filed On:** February 14, 2025

United States of America,

        Appellee

    v.

Peter K. Navarro,

        Appellant


**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for initial hearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.


### Per Curiam


**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Daniel J. Reidy
     Deputy Clerk