ORAL ARGUMENT SCHEDULED FOR APRIL 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 24-3006

———————————

UNITED STATES OF AMERICA,                      Appellee,

v.

PETER NAVARRO,                                   Appellant.

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT

Appellee, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the oral argument scheduled for April 24, 2025, before Judges Millett, Pillard, and Childs. *See* Fed. R. App. P. 34(b); Circuit Rule 34(g). Counsel for appellant Peter Navarro, John P. Rowley III, Esquire, consents to this motion.

The United States seeks a continuance to enable the Department of Justice to reexamine its position on the executive-privilege issues implicated in this appeal. Because of the sensitivity of those issues, the

United States does not anticipate completing its review before April 24, 2025.

Therefore, the United States respectfully requests that this Court remove the case from the April 24, 2025, argument calendar and require the parties to submit a joint status report on or before September 1, 2025, with a proposal to govern further proceedings in this matter, including availability of counsel for oral argument during this Court's fall 2025 term.

## CONCLUSION

WHEREFORE, the United States respectfully requests that this Unopposed Motion to Continue Oral Argument be granted.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
MARK HOBEL
D.C. BAR #1024162
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
(202) 252-6829
mark.hobel@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 182 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
MARK HOBEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, John P. Rowley III, Esq., jrowley@secillaw.com, Stanley M. Brand, Esq., stanleymbrand@gmail.com, and John S. Irving, Esq., john.irving@earthandwatergroup.com, on this 4th day of April, 2025.

/s/
MARK HOBEL
Assistant United States Attorney