# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-3006** | **September Term, 2024** |
| | 1:22-cr-00200-APM-1 |
| | **Filed On:** April 8, 2025 |

United States of America,

      Appellee

    v.

Peter K. Navarro,

      Appellant

    **BEFORE:**    Millett, Pillard, and Childs, Circuit Judges

## O R D E R

    Upon consideration of appellee's unopposed motion to continue oral argument, it is

    **ORDERED** that the motion be granted and this case is removed from the court's April 24, 2025 oral argument calender.  It is

    **FURTHER ORDERED** that the parties submit a joint status report on or before August 29, 2025.  The parties are directed to include in the joint status report whether supplemental briefing is needed and whether the government wishes to continue to prosecute this criminal appeal or to have it dismissed.

    This panel will retain jurisdiction over the appeal until further notice.


**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk