ORAL ARGUMENT NOT NOW SCHEDULED

APPEAL NO. 24-3006

---

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

UNITED STATES OF AMERICA,                                                         APPELLEE

v.

PETER K. NAVARRO,                                                                 APPELLANT.

---

APPEAL FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**MOTION TO WITHDRAW AS COUNSEL**

Appellant Dr. Peter K. Navarro, by and through the undersigned counsel, hereby respectfully moves this Court for an Order withdrawing the undersigned as counsel in this matter, pursuant to the District of Columbia Rules of Professional Conduct 1.16(b), (c). Counsel has notified Dr. Navarro of the potential consequences of the withdrawal of the undersigned and Dr. Navarro advised that he understands the same. In support of this motion, counsel respectfully submits that withdrawal from this matter will have no adverse material effect on Dr. Navarro's appeal or any of his interests. A status report is now due on August 29, 2025, and co-counsel will continue to represent Dr. Navarro on appeal.

[SIGNATURE NEXT PAGE]

Dated: May 16, 2025 Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Brand Woodward Law, LP[1]
400 Fifth Street, Northwest, Suite 350
Washington, DC 20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
stanley@brandwoodwardlaw.com

*Counsel for Defendant/Appellant Dr. Peter K. Navarro*

---

[1] Brand Woodward Law, LP has been dormant since January 20, 2025 and is not

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(g) and Fed. R. App. P. 32(a)(7)(B), that the foregoing brief complies with the page and type-volume limitation because it contains 111 words, and thus not more than 6,500 words, excluding those exempted by Fed. R. App. P. 32(f) and D.C. Cir. Rule 32(e)(1). I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typeface style requirements of Fed. R. App. P. 32(a)(6) because the brief was prepared in 14-point Times New Roman font using Microsoft Word.

/s/
Stanley E. Woodward, Jr.

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(c), that on May 14, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

/s/
Stanley E. Woodward, Jr.