UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-3006
_____

UNITED STATES OF AMERICA,                                              Appellee,

    v.

PETER K. NAVARRO,                                                     Appellant.

## JOINT STATUS REPORT

Appellee, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and appellant, Peter K. Navarro, respectfully submit this Joint Status Report pursuant to this Court's April 8, 2024, order.

On April 8, 2025, the Court granted the government's unopposed motion to continue oral argument scheduled for April 24, 2025, and directed the parties to submit a joint status report by August 29, 2025. The Court directed that the report indicate "whether supplemental briefing is needed and whether the government wishes to continue to prosecute this criminal appeal or to have it dismissed."

In response to that order, and following review, the Department of Justice has determined that it is no longer taking the same position as the prior administration in this case. Accordingly, it intends to file a motion to strike its brief in this appeal and ask the Court to appoint amicus curiae to defend the judgment and conviction.

Appellant Navarro intends to continue to prosecute this appeal and will not oppose the government's motion to strike its brief, but he objects to the appointment of amicus curiae.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
MARK HOBEL
D.C. BAR #1024162
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
(202) 252-6829
mark.hobel@usdoj.gov

2

*Counsel for Appellant Peter K. Navarro*

Stanley M. Brand
(D.C. Bar No. 213082)
3 Pebble Ridge Court
Rockville, Maryland 20854
202-258-6597
stanleymbrand@gmail.com

John P. Rowley III
(D.C. Bar No. 392629)
SECIL Law PLLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
202-642-0679 (telephone)
jrowley@secillaw.com

John S. Irving
(D.C. Bar No. 460068)
E&W LAW, LLC
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
301-807-5670 (telephone)
john.irving@earthandwatergroup.com

### CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this Joint Status Report contains 189 words and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This report has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
MARK HOBEL
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, John P. Rowley III, Esq., jrowley@secillaw.com, Stanley M. Brand, Esq., stanleymbrand@gmail.com, and John S. Irving, Esq., john.irving@earthandwatergroup.com, on this 29th day of August, 2025.

/s/
MARK HOBEL
Assistant United States Attorney