# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3006**                                  **September Term, 2025**

                                                           **1:22-cr-00200-APM-1**

                                                 **Filed On:** September 29, 2025

United States of America,

      Appellee

     v.

Peter K. Navarro,

      Appellant

    **BEFORE:**    Millett, Pillard, and Childs, Circuit Judges

### O R D E R

    Upon consideration of appellee's motion to strike its brief and to appoint amicus curiae to defend the district court's judgment, and the opposition thereto, it is

    **ORDERED** that the motion to strike be granted. The Clerk is directed to note the docket accordingly. It is

    **FURTHER ORDERED** that the motion to appoint amicus curiae be denied. By striking its only brief, the government is deemed to have withdrawn from any further participation in this appeal.

**Per Curiam**

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                              BY:    /s/
                                                       Michael C. McGrail
                                                       Deputy Clerk