# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3006**                                          **September Term, 2025**

1:22-cr-00200-APM-1

**Filed On: October 1, 2025**

United States of America,

       Appellee

   v.

Peter K. Navarro,

       Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on Thursday, December 18, 2025, at 2:00 P.M. before Circuit Judges Millett, PIllard, and Childs.  It is

**FURTHER ORDERED** that the following time is allotted for the oral argument:

       Appellant                   -                    15 Minutes

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by Thursday, December 11, 2025.

### Per Curiam

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                     BY:    /s/
                                         Michael C. McGrail
                                         Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)