# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-3006**  **September Term, 2025**

1:22-cr-00200-APM-1

**Filed On: December 18, 2025** [2151089]

United States of America,

    Appellee

  v.

Peter K. Navarro,

    Appellant

**BEFORE:**    Circuit Judges Millett, Pillard, and Childs

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, December 18, 2025 at 2:00 p.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

  Stanley Brand, counsel for Appellant.

**FOR THE COURT:**  
Clifton B. Cislak, Clerk

BY:  /s/  
Anne A. Rothenberger  
Deputy Clerk