UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-3006

UNITED STATES OF AMERICA                                    APPELLEE,

v.

PETER K. NAVARRO,                                           APPELLANT

## MOTION TO WITHDRAW AS COUNSEL

Attorneys John P. Rowley III, and John S. Irving IV, both of the law firm SECIL Law, PLLC, respectfully move to withdraw their appearance as counsel for Appellant Peter K. Navarro. Appellant consents to the withdrawal and will be represented by Abhishek Kambli of Holtzman Vogel, 2300 N Street, N.W., Suite 643, Washington, D.C. 20037.

X  /s/ John R. Rowley III        x          /s/ John S. Irving IV        x
John P. Rowley III                          John S. Irving
(D.C. Bar No. 392629)                       (D.C. Bar No. 460068)
SECIL Law PLLC                              SECIL Law PLLC
1701 Pennsylvania Avenue, N.W.,             1701 Pennsylvania Avenue, N.W.,
Suite 200                                   Suite 200
Washington, D.C. 20006                      Washington, D.C. 20006
202-642-0679 (telephone)                    301-807-5670 (telephone)
jrowley@secillaw.com                        jirving@secillaw.com