UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-3006

UNITED STATES OF AMERICA                                           APPELLEE,

v.

PETER K. NAVARRO,                                                 APPELLANT

## **MOTION TO WITHDRAW AS COUNSEL**

Attorney Stan M. Brand respectfully moves to withdraw his appearance as counsel for Appellant Peter K. Navarro. Appellant consents to the withdrawal and will be represented by Abhishek Kambli of Holtzman Vogel, 2300 N Street, N.W., Suite 643, Washington, D.C. 20037.

/s/ Stan M. Brand
(D.C. Bar No. 213082)
The Law Firm of Andrew Herman
1099 14th Street, N.W.
Washington, D.C. 20005