# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-3006　　　　　　　　　　　　　　September Term, 2023

1:22-cr-00200-APM-1

Filed On: February 23, 2024

United States of America,

       Appellee

  v.

Peter K. Navarro,

       Appellant

    **BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for release pending appeal, it is

**ORDERED** that the government file a response to the motion by March 4, 2024. Any reply is due by March 11, 2024.

This order is without prejudice to a motion for a more expedited schedule should appellant receive a surrender date from the Bureau of Prisons.

### Per Curiam

                                        FOR THE COURT:
                                        Mark J. Langer, Clerk

                          BY:    /s/
                                        Selena R. Gancasz
                                        Deputy Clerk