# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States

v. Peter K. Navarro

**Case No:** 24-3006

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
|      | See attachment     |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
|      | See attachment     |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Separate form outlining transcripts received and transcripts not yet received has been attached given the number of hearings held in this matter

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

Docket Sheet and Transcript Update Attachment: D.D.C. 22-cr-200 (D.C. Cir. 24-3006)

Ordered, Not Yet Received

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| November 10, 2022 | Status Conference | Nancy Meyer |

Received and Downloaded

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| June 3, 2022 | Initial Proceedings with Magistrate Judge Zia M. Faruqi | Janice Dickman |
| June 17, 2022 | Arraignment | William Zaremba |
| July 15, 2022 | Status Conference | William Zaremba |
| August 11, 2022 | Status Conference | William Zaremba |
| August 31, 2022 | Motions Hearing | William Zaremba |
| November 4, 2022 | Motions Hearing | William Zaremba |
| January 27, 2023 | Pretrial Conference | William Zaremba |
| May 30, 2023 | Status Conference | William Zaremba |
| June 21, 2023 | Motions Hearing | William Zaremba |
| August 11, 2023 | Status Conference (videoconference) | William Zaremba |
| August 28, 2023 | Evidentiary Hearing | William Zaremba |
| August 30, 2023 | Pretrial Conference | William Zaremba |
| September 5, 2023 | Jury Selection | William Zaremba (AM) Lisa Moreira (PM) |
| September 6, 2023 | Jury Trial | William Zaremba |
| September 7, 2023 | Jury Trial, Closing Arguments, Deliberation, and Verdict | William Zaremba (AM) Lisa Moreira (PM) |
| September 13, 2023 | Hearing | William Zaremba |
| January 25, 2024 | Sentencing Hearing | William Zaremba |