# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

                           v.            **Case No:** 24-3006

Peter K. Navarro

## TRANSCRIPT STATUS REPORT

☐ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

☒ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|-------------------|-------------------|
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|-------------------|-------------------|
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |
|      |                   |                   |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

Docket Sheet and Transcript Update Attachment: D.D.C. 22-cr-200 (D.C. Cir. 24-3006)

Received and Downloaded

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| June 3, 2022 | Initial Proceedings with Magistrate Judge Zia M. Faruqi | Janice Dickman |
| June 17, 2022 | Arraignment | William Zaremba |
| July 15, 2022 | Status Conference | William Zaremba |
| August 11, 2022 | Status Conference | William Zaremba |
| August 31, 2022 | Motions Hearing | William Zaremba |
| November 4, 2022 | Motions Hearing | William Zaremba |
| November 10, 2022 | Status Conference | Nancy Meyer |
| January 27, 2023 | Pretrial Conference | William Zaremba |
| May 30, 2023 | Status Conference | William Zaremba |
| June 21, 2023 | Motions Hearing | William Zaremba |
| August 11, 2023 | Status Conference (videoconference) | William Zaremba |
| August 28, 2023 | Evidentiary Hearing | William Zaremba |
| August 30, 2023 | Pretrial Conference | William Zaremba |
| September 5, 2023 | Jury Selection | William Zaremba (AM) Lisa Moreira (PM) |
| September 6, 2023 | Jury Trial | William Zaremba |
| September 7, 2023 | Jury Trial, Closing Arguments, Deliberation, and Verdict | William Zaremba (AM) Lisa Moreira (PM) |
| September 13, 2023 | Hearing | William Zaremba |
| January 25, 2024 | Sentencing Hearing | William Zaremba |