# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

**v.** Peter K. Navarro

**Case No:** 24-3006

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Peter K. Navarro

### Counsel Information

Lead Counsel: John S. Irving

Direct Phone: (301) 807-5670  Fax: (___) N/A  Email: john.irving@earthandwatergroup.com

2nd Counsel:

Direct Phone: (___) ____  Fax: (___) ____  Email:

3rd Counsel:

Direct Phone: (___) - ____  Fax: (___) - ____  Email:

Firm Name: E&W Law, LLC

Firm Address: 1455 Pennsylvania Avenue, N.W., Suite 400, Washington, D.C. 20004

Firm Phone: (202) 280-6362  Fax: (___) N/A  Email: brendan.mcginnis@earthandwatergroup

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)