# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3006**                                  **September Term, 2023**

1:22-cr-00200-APM-1

Filed On: May 22, 2024 [2055680]

United States of America,

        Appellee

    v.

Peter K. Navarro,

        Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 27, 2024 |
| Appendix | June 27, 2024 |
| Appellee's Brief | July 29, 2024 |
| Appellant's Reply Brief | August 19, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Catherine J. Lavender
Deputy Clerk