# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 24-3006 | September Term, 2023 |
| | 1:22-cr-00200-APM-1 |
| | Filed On: June 25, 2024 |

United States of America,

    Appellee

    v.

Peter K. Navarro,

    Appellant

## **O R D E R**

Upon consideration of the unopposed motion of Heidi Kitrosser, Mark J. Rozell, and Mitchel A. Sollenberger for leave to participate as *amici curiae* in support of appellee, and appellant's second unopposed motion for extension of time to file brief and appendix, it is

**ORDERED** that the motions be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | July 11, 2024 |
| Appendix | July 11, 2024 |
| Appellee's Brief | August 12, 2024 |
| Brief of Amici supporting Appellee | August 19, 2024 |
| Appellant's Reply Brief | September 9, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Erica Thorner
Deputy Clerk