# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3006**                                    **September Term, 2023**

**1:22-cr-00200-APM-1**

**Filed On: August 5, 2024** [2068290]

United States of America,

        Appellee

    v.

Peter K. Navarro,

        Appellant

<u>**O R D E R**</u>

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | September 12, 2024 |
| Brief of Amici Supporting Appellee | September 19, 2024 |
| Appellant's Reply Brief | October 10, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Catherine J. Lavender
       Deputy Clerk