# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States

v.

Peter Navarro

**Case No:** 24-3006

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Peter Navarro

### Counsel Information

Lead Counsel: Abhishek Kambli

Direct Phone: ( 703 ) 641-2011    Fax: (____) _____    Email: akambli@holtzmanvogel.com

2nd Counsel:

Direct Phone: (____) _____    Fax: (____) _____    Email:

3rd Counsel:

Direct Phone: (____) _____    Fax: (____) _____    Email:

Firm Name:

Firm Address:

Firm Phone: (____) _____    Fax: (____) _____    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)