# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3006**                     **September Term, 2025**

**1:22-cr-00200-APM-1**

**Filed On: July 21, 2026** [2184225]

United States of America,

        Appellee

    v.

Peter K. Navarro,

        Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk