# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America

**v.**

Peter K. Navarro

**Case No:** 24-3006

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

The Oversight Project: It's Your Government

### Counsel Information

Lead Counsel: Jeffrey Bossert Clark, Sr.

Direct Phone: ( 202 ) 279-1396  Fax: (____) _____-_____  Email: jeff@itsyourgov.org

2nd Counsel: Joseph E. Schmitz

Direct Phone: ( 703 ) 992-3095  Fax: (____) _____-_____  Email: joseph@itsyourgov.org

3rd Counsel:

Direct Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

Firm Name:

Firm Address:

Firm Phone: (____) _____-_____  Fax: (____) _____-_____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.