# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-3006** **September Term, 2025**

**1:22-cr-00200-APM-1**

**Filed On:** August 28, 2026

United States of America,

Appellee

v.

Peter K. Navarro,

Appellant

**BEFORE:** Srinivasan, Chief Judge; and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of appellant's petition for rehearing en banc, the absence of a request by any member of the court for a vote, the motions to file briefs as amici curiae in support of appellant, and the lodged briefs, it is

**ORDERED** that the petition for rehearing en banc be denied. It is

**FURTHER ORDERED** that the motions to file briefs as amici curiae be granted. The Clerk is directed to file the lodged briefs.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk