# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3006** **September Term, 2026**

**1:22-cr-00200-APM-1**

**Filed On: September 4, 2026** **[2191634]**

United States of America,

Appellee

v.

Peter K. Navarro,

Appellant

**M A N D A T E**

In accordance with the judgment of July 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 21, 2026