# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 8, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: Peter K. Navarro
v. United States
No. 26-474
(Your No. 24-3006)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 6, 2026 and placed on the docket October 8, 2026 as No. 26-474.

Sincerely,

**Scott S. Harris**, Clerk

by

Howard Cook
Case Analyst